## Lowe *v.* The State.

APPEAL from City Court of Montgomery.

Tried before the Hon. WILLIAM H. THOMAS.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted of grand larceny.
The judgment of conviction is affirmed.

Opinion by McCLELLAN, C. J.